UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

JOSE QUEZADA, Individually, and On Behalf of All Others Similarly Situated,

       Plaintiff,

vs.

MADSON, LLC,

       Defendant.

---------------------------------------------------------------x

Case No.: 1:22-cv-04485-JMF

**NOTICE OF VOLUNTARY DISMISSAL**

  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Jose Quezada hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Madson, LLC.

DATED:  August 19, 2022      **MIZRAHI KROUB LLP**

                /s/ Edward Y. Kroub
                EDWARD Y. KROUB

             EDWARD Y. KROUB
             JARRETT S. CHARO
SO ORDERED.        WILLIAM J. DOWNES
             200 Vesey Street, 24th Floor
             New York, NY  10281
             Telephone:  212/595-6200
August 22, 2022        212/595-9700 (fax)
             jmizrahi@mizrahikroub.com
             jcharo@mizrahikroub.com
             wdownes@mizrahikroub.com

             *Attorneys for Plaintiff*